IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:21-mc-31-RJ

| | |
|---|---|
| IN RE: ) | |
| NONJUDICIAL CIVIL FORFEITURE ) | |
| PROCEEDING ) | |
| ) | **CONSENT MOTION TO** |
| ) | **EXTEND TIME TO FILE** |
| ) | **COMPLAINT FOR** |
| $66,899.00 in U.S. CURRENCY ) | **FORFEITURE** |
| ) | |
| U.S. Customs and Border Protection ) | |
| FP&F Case No. 2021-1503-000185-01 ) | |

The United States, by and through the United States Attorney for the Eastern District of North Carolina, moves the Court to grant a 30-day extension of time in which the United States is required to file a complaint for forfeiture and/or to obtain an indictment alleging forfeiture, as authorized by 18 U.S.C. § 983(a)(3)(A).

In support of this motion, the United States represents to the Court as follows:

1. The property at issue is $66,899.00 in U.S. Currency that was seized on July 26, 2021.

2. The property was processed for nonjudicial civil forfeiture under the provisions of the Civil Asset Forfeiture Reform Act (CAFRA), 18 U.S.C. § 983, by the U.S. Department of Homeland Security, Custom and Border Patrol, Office of Fines, Penalties, and Forfeitures ("FP&F"). Written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) have been sent to the requisite parties.

3. On August 26, 2021, CBP received an administrative claim to the property from administrative claimant Sami Nagi, requesting that the matter be referred to the U.S. Attorney's Office for judicial action.

4. Since that time, counsel for Nagi and counsel for the government have had further discussions regarding the case.

5. Pursuant to 18 U.S.C. § 983(a)(3), unless the time is extended by the Court for good cause or upon agreement of the parties, the United States is required to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture no later than November 24, 2021.

6. The parties have agreed to a 30-day extension of the filing deadline for purposes of allowing themselves a reasonable and sufficient period in which to evaluate their respective positions regarding the property, to exchange or review additional documents as necessary, and to further discuss a potential resolution.

7. Counsel for the claimant, Sami Nagi, has been consulted and consents to the requested extension.

8. Therefore, the government respectfully requests that the CAFRA filing deadline be extended by a period of thirty (30) days, pursuant to 18 U.S.C. § 983(a)(3)(A), upon agreement of the parties.

WHEREFORE, the United States respectfully requests that the Court extend the period in which the United States is required to file a complaint against the property by 30 days, resulting in a new deadline of December 24, 2021.

2

Respectfully submitted, this 23rd day of November 2021.

                                            G. NORMAN ACKER, III
                                            Acting United States Attorney

                                      BY: /s/ John E. Harris
                                            JOHN E. HARRIS
                                            Assistant United States Attorney
                                            Attorney for Plaintiff
                                            150 Fayetteville Street, Suite 2100
                                            Raleigh, NC  27601
                                            Telephone:  (919) 856-4530
                                            Facsimile:  (919) 856-4821
                                            E-mail: john.harris5@usdoj.gov
                                            NC State Bar No. 49253

## CERTIFICATE OF SERVICE

I certify I have on this 23rd day of November 2021, served a copy of the foregoing Motion and proposed Order upon the below-listed counsel by placing in the U. S. Mail, postage pre-paid:

William Pruden
Pruden Feldmann Law
PO Box 226
Raleigh, NC 27602
william@prudentfeldmannlaw.com

                                                                                                    G. NORMAN ACKER, III
                                                                                                    Acting United States Attorney

BY: *(signature)*
JOHN E. HARRIS
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
E-mail: john.harris5@usdoj.gov
NC State Bar No. 49253
*Attorney for Plaintiff*

4